**Dismissed and Opinion Filed May 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00104-CV

### AGNES DEMIRJIAN, Appellant
### V.
### SHU YUANN YUNG A/K/A NICKY YUNG AND DONALD SHEK YUNG,
### Appellees

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-02003-2017**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief is overdue. By postcard dated March 19, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c)

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

200104F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AGNES DEMIRJIAN, Appellant

No. 05-20-00104-CV        V.

SHU YUANN YUNG A/K/A
NICKY YUNG AND DONALD
SHEK YUNG, Appellees

On Appeal from the 417th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 417-02003-
2017.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees SHU YUANN YUNG A/K/A NICKY YUNG
AND DONALD SHEK YUNG recover their costs of this appeal from appellant
AGNES DEMIRJIAN.

Judgment entered May 5, 2020